Sam Mirza, Appellee, v. Elizabeth Mirza, Appellant.
Gen. No. 42,251.

opinion filed April 20, 1943. Whitney, Teitelbaum & Freeman, for appellant; Joseph Lustfield and Ode L. Rankin, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''

Goldie Buehler, Appellee, v. Albert C. Buehler, Appellant.
Gen. No. 42,392.

opinion filed April 20, 1943. Petit, Olin & Overmyer, for appellant; Adelor J. Petit, Jr., of counsel; Jacob G. Grossberg and Harry May, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''